Evan S. Strassberg (Bar No. 219336)
MICHAEL BEST & FRIEDRICH LLP
650 South Main Street, Suite 500
Salt Lake City, Utah 84101
Telephone: (385) 695-6450
Facsimile: (801) 931-2500
estrassberg@michaelbest.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR DIXON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TROVE BRANDS, LLC,<br><br>Defendant. | **No. 2:26-cv-01646-TLN-SCR**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Deadline: July 27, 2026<br><br>Extended Deadline: August 26, 2026 |

Pursuant to L.R. 143 and 144, Plaintiff Trevor Dixon and Defendant Trove Brands LLC, by and through their respective undersigned counsel, hereby stipulate to an extension of the deadline for Defendant to respond to the complaint by 30 days. An order for the Court's endorsement follows the stipulation. L.R. 143. For good cause, the parties stipulate to and reference the following facts:

1. Plaintiff filed his Complaint on April 27, 2026. (ECF No. 1),

2. Plaintiff served Defendant with the Complaint and Summons on May 7, 2026. (ECF No. 6).

3. Pursuant to L.R. 144(a), the parties thereafter agreed and stipulated to a 28-day extension for Defendant to respond to the Complaint, resulting in a new response deadline of June 25, 2026. (ECF No. 5).

4. Pursuant to L.R. 143 and 144, the parties thereafter agreed and stipulated to a 30-day extension for Defendant to respond to the Complaint, which was approved by Court order, resulting in a new response deadline of July 27, 2026. (ECF Nos. 7, 8).

5. The parties have agreed and stipulated to, and request the Court's approval of, a further extension of 30 days for Defendant to respond to the Complaint, which, if approved, would result in a new response deadline of August 26, 2026, so that the parties will have additional time to engage in currently ongoing settlement discussions.

6. This would be the third extension of time for this deadline.

7. This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Dated: July 15, 2026

Respectfully submitted,

MICHAEL BEST & FRIEDRICH, LLP

By: /s/ Evan S. Strassberg
Evan S. Strassberg
*Attorneys for Defendant*

Dated: July 15, 2026

Respectfully submitted,

BURSOR & FISHER, P.A.

By: /s/ Philip Lawrence Fraietta*
Philip Lawrence Fraietta
*Attorneys for Plaintiff*

*As authorized on July 15, 2026

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

Defendant's deadline for responding to Plaintiff's Complaint is extended by 30 days, up to and including August 26, 2026.

**IT IS SO ORDERED**.

Dated: July 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE